JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARPITKUMAR V. PATEL, | ) | Case No. CV 11-10494 DDP (JCGx) |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| ERIC HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary of United States Department of Homeland Security; ALEJANDRO MAYORKAS, Directios of United States Citizenship and Immigration services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations; , | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 20, 2012

DEAN D. PREGERSON
United States District Judge