1
2
3
4
5
6
7

JS - 6

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   ARPITKUMAR V. PATEL,                )    Case No. CV 11-10494 DDP (JCGx)
                                         )
12                   Plaintiff,          )    **ORDER OF DISMISSAL**
                                         )
13         v.                            )
                                         )
14   ERIC HOLDER, Attorney General of    )
     the United States; JANET            )
15   NAPOLITANO, Secretary of United     )
     States Department of Homeland       )
16   Security; ALEJANDRO MAYORKAS,       )
     Directios of United States Citizenship )
17   and Immigration services; ROBERT    )
     S. MUELLER, III, Director of the    )
18   Federal Bureau of Investigations; , )
                                         )
19                   Defendants.         )
     _____)

20

21         THE COURT ORDERS that this action be, and hereby is, dismissed prejudice.

22         The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

23

24

25   Dated: March 20, 2012

26                                              DEAN D. PREGERSON
                                                United States District Judge
27

28